UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2018 FEB -2 PM 4: 57

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

ELIZABETH GRANADO,                          )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Civil Action No. 18-CV-00020-DB
                                            )
WAL-MART STORES TEXAS, LLC d/b/a )
WAL-MART STORE #5962                        )
                                            )
        Defendant.                          )

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following

Scheduling Order:

1.      The parties shall exchange Rule 26 initial disclosures on or before **February 16,**
**2018.**

2.      A report on alternative dispute resolution in compliance with Local Rule CV-88

shall be filed by **March 9, 2018.**

3.      The parties asserting claims for relief shall submit a written offer of settlement to

opposing parties by **April 27, 2018,** and each opposing party shall respond, in writing, by **May**
**18, 2018.**

4.      The parties shall file all motions to amend or supplement pleadings or to join

additional parties by **April 13, 2018.**

5.      All parties asserting claims for relief shall file their designation of testifying experts

and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by

**May 18, 2018.** Parties resisting claims for relief shall file their designation of testifying experts

and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by

14475-401/1344915

**July 18, 2018.** All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

6.      An objection to the reliability of an expert's proposed testimony under Federal Rules of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken whichever is later.

7.      The parties shall complete all discovery on or before **October 26, 2018.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.      All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than **November 30, 2018.**

9.      This case is set for trial [docket call, or jury selection] _FEB. 11, 2019_ , at _9:00_ a.m./~~p.m.~~ The parties should consult Local Rule CV-16 regarding matters to be filed in advance of trial.

SIGNED AND ENTERED this _22nd_ day of _FEB._ , 2018.

_____
HON. DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

**Approved:**

_/s/ approved via e-mail 1/24/18_
Daniela Labinoti, *Attorney for Plaintiff*

_/s/ Laura Enriquez_
Laura Enriquez, *Attorney for Defendant*